**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Telephone: (609)924-0808
Facsimile: (609)452-1888
*Attorneys for Highpoint*
*Condominium Association, Inc.*

**Order Filed on August 1, 2016 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Dawn F. Healy a/k/a Dawn Fusiek-Healy,

      Debtor.

Case No.: 14-21922(JKS)

Chapter 13

Judge: John K. Sherwood, U.S.B.J.

**ORDER VACATING THE CO-DEBTOR STAY AS TO KENNETH FUSIEK ONLY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 1, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Dawn F. Healy a/k/a Dawn Fusiek-Healy
Case No: 14-21922(JKS)
Caption of Order:  ORDER VACATING THE CO-DEBTOR STAY AS TO KENNETH FUSIEK ONLY

**THIS MATTER** having been opened to the Court by creditor Highpoint Condominium Association, Inc. ("Highpoint"), by its counsel Hill WALLACK LLP, upon the motion for the entry of the within Order granting relief from the Co-Debtor stay with respect to Kenneth Fusiek ("Fusiek") only pursuant to Section 1301(c) of the Bankruptcy Code, and for cause shown, it is

**ORDERED** that the Co-Debtor stay set forth in Section 1301(a) as it pertains to Fusiek is hereby vacated to permit Highpoint to resume and prosecute to conclusion, as against Fusiek only, its action in the Superior Court of New Jersey Law Division – Special Civil Part, Sussex County, known as <u>Highpoint Condominium Association Inc. v. Kenneth Fuseik and Dawn Fusiek (now known as Dawn Healy)</u>, Docket No. DC-1138-13, including but not limited to enforcement and collection of the Order For Judgment entered on January 14, 2014, and take any and all action as against Fusiek in connection therewith.

The movant shall serve this order on the Debtor, the Debtor's attorney, Fusiek, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Dawn F Healy  
     Debtor

Case No. 14-21922-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 01, 2016  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.  
db           +Dawn F Healy,    11 Village Green Apt. S,    Budd Lake, NJ 07828-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:

         Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.  
          angela.pattison@powerskirn.com,    ecf@powerskirn.com  
         Bruce H Levitt    on behalf of Debtor Dawn F Healy blevitt@levittslafkes.com,  
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
         Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA  
          bankruptcynotice@zuckergoldberg.com,    dcarlon@zuckergoldberg.com  
         Elizabeth K. Holdren    on behalf of Creditor    Highpoint Condominium Association, Inc. c/o/ A&R Midstate Management eak@hillwallack.com,    fkm@hillwallack.com  
         Eric P. Kelner    on behalf of Creditor    Highpoint Condominium Association, Inc. c/o/ A&R Midstate Management ekelner@hillwallack.com,    fmansmann@hillwallack.com;OOtarsi@HillWallack.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                                                                         TOTAL: 6